**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6189**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

THOMAS JERMAINE ROBINSON, a/k/a Tony,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:05-cr-00667-TLW-1)

_____

Submitted:  June 18, 2009              Decided:  June 24, 2009

_____

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas Jermaine Robinson, Appellant Pro Se.  Deborah Brereton
Barbier, Assistant United States Attorney, Columbia, South
Carolina; Arthur Bradley Parham, Assistant United States
Attorney, Florence, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Jermaine Robinson appeals the district court's judgment reducing his sentence pursuant to Fed. R. Crim. P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. See United States v. Robinson, No. 4:05-cr-00667-TLW-1 (D.S.C. filed Jan. 27, 2009 & entered Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2